IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:07CR215-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MEGAN GLENNIE | ) |
| | ) |

**ORDER**

THIS MATTER came before the Court on defendant's Motion to Amend Conditions of Release, filed on October 4, 2007. For the reasons stated in the motion, and with the consent of assistant U.S. Attorney Kevin Zolot, the Court grants the motion. It is hereby ORDERED that the defendant be allowed to possess a drivers license, with all other terms and conditions to remain the same.

This the 4th day of October, 2007.

Carl Horn, III
HON. CARL HORN, III
U. S. MAGISTRATE JUDGE