IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr215

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| MEGAN GLENNIE (1) ) | |
| MICHAEL GLENNIE (2) ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon motions of the defendants for permission to reside at 40 Barker Street, Apartment C, Buffalo, New York 14209, pending designation by the Bureau of Prisons to serve their sentences. (Doc. Nos. 38, 39). The U.S. Probation Office does not oppose the request.

For the reasons stated in the motion, the Court finds good cause to allow the modification of the defendants' release conditions.

**IT IS, THEREFORE, ORDERED** that the defendants' motions are **GRANTED** and the defendants may reside at the above referenced address. All other conditions remain unchanged, and the defendants shall be responsible for travel back to this district, if required.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation office.

Signed: February 8, 2008

Robert J. Conrad, Jr.
Chief United States District Judge